## J. T. CRANE v. STATE.

No. A-6393. Opinion Filed April 2, 1927.
(254 Pac. 1118.)

David L. Carter, and Welch & Hatcher, for plaintiff in error.

PER CURIAM. Appellant, J. T. Crane, was convicted of the crime of embezzlement on an information charging that in Marshall county, March 8, 1923, he did feloniously take, convert, misappropriate, and embezzle $4,237.66, while he was the duly elected and acting treasurer of school district No. 4 of Marshall county, to which district said money belonged. By the judgment of the court, duly pronounced, he was sentenced to be imprisoned in the state penitentiary for a term of three years and to pay a fine of $8,475.32. From the judgment he appealed. His counsel of record have filed a motion in this court to dismiss the appeal. Wherefore the motion to dismiss is sustained, and the appeal dismissed. Mandate forthwith.